

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| CRYSTAL HENDREN, | § | No. 08-21-00141-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| GABRIEL LAZAR, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2020DCV3449) |
| | § | |

**O R D E R**

The Court has received notice that no designation of the reporter's record has been made in this matter (i.e. review of the trial court's order denying plaintiff's motion to suspend judgment pending interlocutory review). The Court previously identified the record from this hearing as being potentially relevant for its review of the trial court's decision on this motion.

Counsel for Appellant is directed to, BY FRIDAY, SEPTEMBER 3, 2021, either (1) make financial arrangements for the reporter's records in this matter or (2) provide an explanation of why Appellant is exempt from paying the cost of the reporter's record. Failure to meet either condition will result in this matter being submitted to the court without the benefit of the reporter's record.

IT IS SO ORDERED this 30th day of August, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.